IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL L. FAVORS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 09-1290 |
| ) | |
| v. ) | Judge McVerry |
| ) | Magistrate Judge Bissoon |
| LT. HOSTOFFER, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

    Michael L. Favors's civil rights complaint was received by this Court on September 22, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation, filed on November 16, 2009, recommended that the Complaint be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii) (Doc. 8).  Service was made upon the Plaintiff by First Class United States Mail at his place of incarceration, the Westmoreland County Prison, located in Greensburg, Pennsylvania.  Objections were due on or before November 30, 2009, but none have been filed.

    After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of December, 2009,

IT IS HEREBY ORDERED that the Complaint is DISMISSED. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 8), dated November 16, 2009, is adopted as the opinion of the court. The Clerk is directed to mark the case CLOSED.

                                          s/Terrence F. McVerry
                                          Terrence F. McVerry
                                          U.S. District Court Judge

cc:
MICHAEL L. FAVORS, 2114-2009
Westmoreland County Prison
3000 South Grande Boulevard
Greensburg, PA 15601